UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT EUGENE ALLEN (#153680)                      CIVIL ACTION

VERSUS

LOUISIANA DEPT. OF PUBLIC SAFETY, ET AL.         NO. 15-0104-BAJ-RLB

**O R D E R**

This matter comes before the Court on the plaintiff's Motion to Amend Complaint [and] Add Additional Defendants (R. Doc. 12). This motion shall be denied. The plaintiff seeks to supplement his Complaint with events allegedly occurring months after the filing of the Complaint and involving persons not connected with the events addressed therein. Although Rule 15(a) of the Federal Rules of Civil Procedure allows a plaintiff to amend his pleadings once as a matter of course within 21 days after service and also "evinces a strong bias in favor of granting a motion for leave to amend," *F.D.I.C. v. Conner*, 20 F.3d 1376, 1385 (5th Cir. 1994), the same rule does not apply in connection with motions to supplement the pleadings to add new substantive claims. "Unlike motions to amend, motions to supplement need not be freely granted." *Smith v. Hebert*, 533 Fed. Appx. 479, 483 (5th Cir. 2013). Accordingly, upon a finding by the Court that the relief requested by the plaintiff is not warranted,[1]

---

     1. The claim asserted by the plaintiff in the proposed supplement to his Complaint does not appear to have merit in any event. He alleges therein that on June 4, 2015, he approached a correctional officer and proffered correspondence to the officer, requesting assistance in making contact with the officer's wife – who was also allegedly employed at the plaintiff's institution – about correcting the plaintiff's time computation. According to the plaintiff, his request for assistance was rebuffed, and his proffered correspondence was "crumpled up." The plaintiff's allegations in this regard do not amount to a claim of constitutional dimension.

**IT IS ORDERED** that the plaintiff's Motion to Amend Complaint [and] Add Additional Defendants (R. Doc. 12) be and it is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on . July 23, 2015

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**