UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT EUGENE ALLEN                                        CIVIL ACTION

VERSUS

LOUISIANA DEPT. OF PUBLIC                                  NO.:15-00104-BAJ-RLB
SAFETY, ET AL

## RULING AND ORDER

On October 6, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Robert Eugene Allen's ("Plaintiff") Complaint (Doc. 1) be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 21).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 21 at p. 1). No objection was filed by the Plaintiff.[1]

---

[1] The Court notes that Plaintiff was not served because his current address is unknown and he failed to update the Court on his new address. On October 6, 2015, the Clerk of Court mailed the Plaintiff a copy of the Report and Recommendation to his last known address at Boone County Jail in Harrison, Arkansas. (Doc. 22). The Report and Recommendation was returned undeliverable on October 20, 2015. (*Id.*). The Court's staff attempted to locate the Plaintiff through the Department of Corrections and was informed that he was being supervised by the Department of Probation and Parole, Lafayette District Office ("Probation Office"). However, the Probation Office reported that it did not know the Plaintiff's current whereabouts. Because the fourteen (14) day objection period expired on October 20, 2015, and the Plaintiff has failed to inform the Court of his current address, the Court finds that the Report and Recommendation is ripe for consideration.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 21)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential remaining state law claims.

Baton Rouge, Louisiana, this 20th day of November, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**